■ In the Matter of LEON DUPREE, Petitioner, v DOMINIC MANTELLO et al., Respondents.—Motion for permission to serve a supplemental complaint denied. Memorandum: The proceeding was deemed abandoned and dismissed on April 23, 1991. Present—Doerr, J. P., Boomer, Pine, Balio and Davis, JJ.

■ PEOPLE v JAY WILLIAM BUCKLEY, Defendant.—Motion for a change of venue denied as premature (see, People v DiPiazza, 24 NY2d 342; People v Harris, 166 AD2d 933). Present—Doerr, J. P., Boomer, Pine, Balio and Davis, JJ.

■ PEOPLE, Respondent, v GARY R. CAMERON, Appellant.— Motion to dismiss appeal as waived denied. Memorandum: In an affidavit opposing the motion to dismiss the appeal as waived, defendant's appellate counsel contends that defendant's sentence is illegal because he was improperly adjudicated a second violent felony offender. The motion to dismiss the appeal must be denied because a defendant may not waive the right to challenge the legality of a sentence (see, People v Seaberg, 74 NY2d 1, 9). Present—Doerr, J. P., Boomer, Pine, Balio and Davis, JJ.